UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

DEUTSCHE LUFTHANSA, AG            Civil No. 07-5223

vs.                               Order of Reassignment

CONTINENTAL AIRLINES, et al.

It is on this 5th day of November, 2007,

O R D E R E D that the entitled action is reassigned from

JUDGE WILLIAM J. MARTINI To JUDGE SUSAN D. WIGENTON

                S/ Garrett E. Brown, Jr.
           GARRETT E. BROWN, JR. CHIEF JUDGE
           UNITED STATES DISTRICT COURT